UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL    JS-6

| | |
|---|---|
| Case No. | CV 24-2272-TJH(SPx) |
| Date | AUGUST 12, 2024 |
| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 47.154.127.161 |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None Present   None Present

**Proceedings:**   In Court   X   **In Chambers**   X   **Counsel Notified**

Counsel are hereby notified that pursuant to the Judge's directive, this case is closed pursuant to the Notice of voluntary dismissal filed on June 26, 2024 [14]. Please ENTER JS-6.

IT IS SO ORDERED.