AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:24-cv-02272-TJH | DATE FILED 3/20/2024 | United Stated District Court - Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 47.154.127.161 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | | SEE ATTACHED | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☒ No | 8/12/2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| BRIAN D. KARTH | *[signature]* | 8/12/2024 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: Rancho Palos Verdes, CA
Total Works Infringed: 31

IP Address: 47.154.127.161
ISP: Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 92B3AE59C3C6472911F73C7440DDBDB0B49D5074<br>File Hash:<br>781530F84B7E42B784E7808F4DD419A90C01524C703BBAABB13CE9CB5E527663 | 03/12/2024<br>23:59:51 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 2 | Info Hash: 33B74B885232453CB3DC43A1634268A9E0E1A8AB<br>File Hash:<br>BC5938387BCCFCC45958AA1928244F4D52045BC682BAF54596A57D4D30E750F4 | 03/12/2024<br>23:59:15 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 3 | Info Hash: C3A0FFA15363FDD10B02267791A700E5E4F4B2E7<br>File Hash:<br>9DFE145B5AB60ACB45FCC3D3A7E9155F65056951C555BA218FB392E131055508 | 02/21/2024<br>02:28:02 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 4 | Info Hash: 4748143EF6F41097B3576625DA4D30EC745F03B9<br>File Hash:<br>9BDE451941C67F80660F9BF91ADB8567B1F864AFC6C1BC872BA9DA4D11D04768 | 02/21/2024<br>02:24:25 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 5 | Info Hash: 176909326BE73A021E238870E2EB0EE28FB7074B<br>File Hash:<br>6BC8B3FCF07357EE946130D0A97C6C7779D2623EB9BEC0005CAAD750F2F64EE8 | 02/12/2024<br>07:19:31 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 6 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash:<br>2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C04008741O513F78 | 01/19/2024<br>17:01:12 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 7 | Info Hash: 914B326BD942FEF84E7BD38E6A4C845B38E49A61<br>File Hash:<br>328D5DADC8FB3F8818BD9353949EA1228C817E10E3D9B1B84BABF10F95439061 | 01/18/2024<br>20:30:04 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 8 | Info Hash: 26FB817F037565801BFFE8CDDF949F07CEBC10FC<br>File Hash:<br>DF34FB7F8A82BB3AA0093FC45B65447F39022CF1BAA879A529ECCAB190975045 | 01/18/2024<br>20:21:05 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 9 | Info Hash: D7890884AC10B5BCD4E59B48DDF7ACF0FF083E6B<br>File Hash:<br>3DBB3F8FD42CCDD3758B1192A4C6614885 6543E7C2621A8A224658D5D9D6F2E9 | 12/30/2023<br>00:58:37 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 10 | Info Hash: FD9098FD6E3CE823E050BBE494AF1DAFA6B1805A<br>File Hash:<br>B1A1498B5A8818C1E7135C52151C712D010FED0751D9D4AA5374DEDFCE9BDC29 | 12/29/2023<br>07:04:13 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 11 | Info Hash: 4EA33E594317CF64B3B0EB1A32973A4EC95588C7<br>File Hash:<br>C0B7C46BCAEC0C4928E1C35F04B043F791429C95A88A98E0D05125B4F529FD07 | 12/26/2023<br>21:23:10 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D006EE6B18D835FEAEC15B60FF915BC516D6B4D5<br>File Hash:<br>55FC460D10B6E50F81C5671E591FE3D75507E29E9A41305D74918DFB00E7F985 | 12/26/2023 21:13:20 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 13 | Info Hash: D0A644DE89CC1619943D0270ABB025A099A8F92E<br>File Hash:<br>6C6C23EF71C0FC931A1EB446B06E904BB328E88B1D3C27D13A44D47312FADBCD | 12/21/2023 00:47:38 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 14 | Info Hash: 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E<br>File Hash:<br>2C05F4C54AFCBCD97030D9F2819D1D21AEA172DACD0B74678A8FC181D2FEB6DD | 12/21/2023 00:47:09 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 15 | Info Hash: 0107936957580453DA949C34415504E41AA60FDB<br>File Hash:<br>4C34D821F4405055F3745FAFC168AD4924AA9199E6DD3B9661341EF9F65E31D8 | 11/25/2023 02:27:04 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 16 | Info Hash: 3222FF216775AB7CB4515F78A19046EECB3EBFD3<br>File Hash:<br>61D218F00967AE06B8E1AD50D1E2A5B24643DC2181777CC9C88EE4556A383100 | 11/22/2023 08:46:35 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 17 | Info Hash: 84F7595399980A0A536A81ABF875CFDA32443044<br>File Hash:<br>F248E974A17780685727437B69F84E02BC8921A08CF51B9F7D1BE9EC8C4A4C0C | 11/13/2023 18:20:12 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 18 | Info Hash: 07BBC78B7996241BEF66BCCA7757E14A9731F889<br>File Hash:<br>42AFAD743BC5E03502D1206F80B991B3B60DA02A44998C47516208A1FE7F72CC | 11/07/2023 16:52:14 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 19 | Info Hash: 742F07FC7A6172E83636453F475E6E00197B653<br>File Hash:<br>F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 11/07/2023 16:21:46 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 20 | Info Hash: 3586071271F1584C8BF3DAE7D9B6DE79BA4FBB7E7<br>File Hash:<br>8B897CA8E564E5AB333C07804B4198604D2092402E7BAF686128A32C0A401E30 | 11/07/2023 16:21:44 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 21 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 11/07/2023 16:21:35 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 22 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash:<br>868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 11/07/2023 16:21:30 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 23 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash:<br>413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 11/07/2023 16:21:30 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9C883E9525435CA3A4CA4A1530365E8E9A1B26F4<br>File Hash: 51157BC26FB0D875181E10FA3BAB90450DF40A7E0350312A99DBFF0B1B6C5EC3 | 10/28/2023 18:18:04 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 25 | Info Hash: 2F475A9A500EA37DA13ECE5110722D4BD6426F8D<br>File Hash: 5D79478F8A20CB973983BC94E724DB1DC6F996007062031BB968FA820DF28722 | 10/28/2023 18:15:57 | TushyRaw | 10/04/2023 | 10/18/2023 | PA0002435604 |
| 26 | Info Hash: D16C10C03A150B1FD33994405C9BF38BE44E8B6B<br>File Hash: 890F83A1155C8ED9AF529771390297DFC1FBB265E77757CCA9E2C9146F95EF2B | 10/28/2023 18:15:16 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 27 | Info Hash: 7C4E4D5B33BD38C1CEA6A13FC20E62047CD4F648<br>File Hash: A53A29D8A9FF65D7EB684A639D145352535C5DB44DE82860E6DA16C6AF4BA57F | 10/28/2023 18:15:14 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 28 | Info Hash: 0D3C54D9E89AAD1BD261AAED4A7087FC349DE544<br>File Hash: 83F6A40C5DD7D07EFF785C5804D4FE1FAA4E30048E8853F5D968312722151 2B6 | 10/28/2023 18:15:08 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |
| 29 | Info Hash: 5C2E9FF8007232 66C7C1A2AE374A2DAF41F05F50<br>File Hash: 273DF38F206420186911C8F5454EB404C1C39524ABB4AC2D5A986E9A16654650 | 10/28/2023 18:14:59 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 30 | Info Hash: F2A1C9EE40AD1C1531DC6FEB54E84B3175CFB585<br>File Hash: F00B013ABC7A4D0754F3C55E8DAE40EA700598B68F7A1A15709 09E7E6426EF16 | 10/28/2023 18:14:53 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 31 | Info Hash: CED353AE09AEF6EFC3DFE4C5C2D0C31EF25384D4<br>File Hash: 3AAB3AB0C7C0D5E0F8365A2A7DEBD9C73C56B33A590C46CE23DF0CC077E992 | 10/28/2023 18:14:47 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 24-2272-TJH(SPx)** | Date **AUGUST 12, 2024** |
| Title   Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 47.154.127.161 | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   None Present

Attorneys Present for Defendants:   None Present

**Proceedings:**   In Court   **X**   **In Chambers**   **X**   **Counsel Notified**

Counsel are hereby notified that pursuant to the Judge's directive, this case is closed pursuant to the Notice of voluntary dismissal filed on June 26, 2024 [14]. Please ENTER JS-6.

IT IS SO ORDERED.